**SAPONE & PETRILLO, LLP**
*Boutique Litigation Law Firm*
40 Fulton Street / 17th Floor
New York, NY 10038
(O): (212) 349-9000
(E): ed@saponepetrillo.com
www.saponepetrillo.com

June 13, 2025

**BY ECF**
The Honorable Brian M. Cogan
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Re: United States of America v. Greg Altieri*
*Docket No. 20-CR-0249 (BMC)*

Dear Judge Cogan:

    I am counsel to Defendant Gregory Altieri. I write to ask Your Honor to extend from June 18, 2025 to July 28, 2025 Mr. Altieri's self-surrender to the Bureau of Prisons. My recollection is that during Mr. Altieri's sentencing hearing Your Honor told that me that if Mr. Altieri doesn't receive the BOP designation letter that I may ask the Court for an extension of time. He has not received the letter, and I therefore respectfully seek an extension of time to July 28th for Mr. Altieri to self-surrender.

    The Government by AUSA Ben Weintraub has no objection to this request.

    Respectfully submitted,

    */s/ Edward V. Sapone*

    Edward V. Sapone (ES-2553)

cc: AUSA Benjamin Weintraub (by ECF)