**SAPONE & PETRILLO, LLP**
*Boutique Litigation Law Firm*
40 Fulton Street / 17th Floor
New York, NY 10038
(O): (212) 349-9000
(E): ed@saponepetrillo.com
www.saponepetrillo.com

July 11, 2025

**BY ECF**
The Honorable Brian M. Cogan
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

           Re:    *United States of America v. Gregory Altieri*
                   Docket No.: 20-CR-0249 (BMC)

Dear Judge Cogan,

    I am counsel to Defendant Gregory Altieri. I write to respectfully ask Your Honor to extend Mr. Altieri's date of self-surrender from July 2nd to July 28, 2025.

    On June 16, 2025, I submitted a letter seeking to extend the date to July 28th because, as of June 16th, Mr. Altieri hadn't been notified of his BOP designation. Your Honor granted my request. I learned yesterday that the U.S. Probation Department notified you shortly after you granted my request that Mr. Altieri has been designated, and on June 18th you ordered that he self-surrender on July 2nd. Unfortunately, I was not aware of that order; and neither was Mr. Altieri. (I was dealing with a health problem that resulted in a surgery on July 2nd from which I am recovering.)

    On June 30th, U.S. Pretrial Services ("PTS") told Mr. Altieri that the BOP designated him to Otisville, and that he was to self-surrender on July 28th. Yesterday, U.S. Probation

contacted PTS to inform them that Mr. Altieri was supposed to have surrendered on July 2nd, and PTS told me.

I reiterate that I regret not seeing the ECF bounce on June 18th, which notified the Altieri self-surrender date change from July 28th to July 2nd.  I respectfully ask you to allow Mr. Altieri to self-surrender on July 28th, as this would afford him a little more than two weeks from today to continue preparing to close a painful chapter of his life, including preparing to leave his wife of 33 years, and their son and daughter.

Mr. Altieri's son recently came home from the U.S. Army, and is transitioning home after three-and-a-half years and a deployment.  In addition, Mr. Altieri had established a new career for himself following his commission of the instant offense in early 2020.  His boss has been traveling, and has left large responsibility with Mr. Altieri who is winding down all of his client accounts. Finally, Mr. Altieri has been addressing his health issues, including his torn Achilles tendon, two bone-on-bone arthritic knees, diabetes, and irritable bowel syndrome.  Mr. Altieri also has an appointment scheduled for July 23rd for a colonoscopy to address his stomach pain.

The Government by AUSA Benjamin Weintraub and U.S. Pretrial Services by Officer Robert Stehle consent to this request, and I very much appreciate Your Honor's consideration.

Respectfully submitted,

*/s/ Edward V. Sapone*
Edward V. Sapone (ES-2553)

cc: AUSA Benjamin Weintraub (By ECF and Email)
    Officer Robert Stehle (By Email)